IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

DERRICK M. ALLEN, SR.,            )
                                  )
          Plaintiff,              )
                                  )
     v.                           )     1:21CV147
                                  )
DURHAM CO. DETENTION FACILITY,    )
et al.,                           )
                                  )
          Defendants.             )

**ORDER**

The Recommendation of the United States Magistrate Judge was filed with the court in accordance with 28 U.S.C. § 636(b) and, on August 10, 2021, was served on the parties in this action. (Docs. 5, 6.) Plaintiff objected to the Recommendation. (Doc. 7.)

The court has appropriately reviewed the portions of the Magistrate Judge's report to which objections were made and has made a de novo determination in accord with the Magistrate Judge's report. The court therefore adopts the Magistrate Judge's Recommendation.

IT IS THEREFORE ORDERED that this action is DISMISSED WITHOUT PREJUDICE to Plaintiff filing a new complaint, on the proper § 1983 forms, which corrects the defects of the present Complaint.

A Judgment dismissing this action will be entered contemporaneously with this Order.

                                                          /s/   Thomas D. Schroeder
                                                          United States District Judge

August 18, 2021

2

Case 1:21-cv-00147-TDS-LPA   Document 8   Filed 08/18/21   Page 2 of 2